# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For Revocation of Supervised Release) |
| v. | Case Number:  04-cr-00034-CMA-01 |
| | USM Number:  26321-013 |
| CHARLES ANTHONY ROBERTS<br>aka Charles Thomas<br>aka Alford Mannix, Jr.<br>aka Alford Linroy Mannix, Jr.<br>aka B.J. | Scott Varholak, AFPD<br>(Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 3, 4, and 5, as alleged in the probation officer's petition, and was found guilty of violations 1 and 2 after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Violation of the Law | 11/06/2011 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

May 23, 2013
Date of Imposition of Judgment

_Signature of Judge_

Christine M. Arguello, U.S. District Judge
Name & Title of Judge

5/29/13
Date

DEFENDANT: CHARLES ANTHONY ROBERTS  
CASE NUMBER: 04-cr-00034-CMA-01

Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | Violation of the Law | 04/06/2012 |
| 3 | Failure to Report Arrest/Questioning by Law Enforcement Officer | 04/06/2012 |
| 4 | Failure to Notify Probation Officer of Change in Employment | 04/18/2012 |
| 5 | Failure to Report to the Probation Officer as Directed | 04/16/2012 |

DEFENDANT: CHARLES ANTHONY ROBERTS
CASE NUMBER: 04-cr-00034-CMA-01                                                    Judgment-Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 20 months, to be served concurrently with the defendant's Colorado Department of Corrections sentence. No supervision to follow term of imprisonment.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
Deputy United States Marshal